IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA § <br> for the use of ROBERT GLEN RIKE d/b/a § <br> SUNTEX MECHANICAL CONTRACTORS § <br> § <br> v. § <br> § <br> EVERGREEN NATIONAL INDEMNITY § <br> CO. § | CIVIL ACTION NO. B-01-013 |

## DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant Evergreen National Indemnity Company (hereinafter "Evergreen"), and files this its Original Answer to Plaintiff Robert Glen Rike d/b/a Suntex Mechanical Contractors' (hereinafter "Suntex") Original Petition, and would respectfully show this Honorable Court as follows:

1. Jurisdiction. Defendant Evergreen admits that Plaintiff claims jurisdiction under 40 U.S.C. §270b(b).

2. Parties. Paragraph 1 is admitted. The first sentence of paragraph 2 is admitted. The second sentence is denied.

3. Contract and Bond. Defendant denies the allegation of this paragraph.

4. Subcontract; Performance. Defendant denies the allegation of this paragraph.

5. Breach of Contract: Defendant denies the allegation of this paragraph.

WHEREFORE PREMISES CONSIDERED, Defendant Evergreen prays that upon final hearing herein, Defendant recover judgment, for costs of suit, and for such other relief to which Defendant may show itself justly entitled.

Respectfully submitted,

RENTEA & ASSOCIATES

*[signature]*

BOGDAN RENTEA
Attorney-In-Charge
State Bar No. 16781000
SD of TX Bar No. 22859
The Littlefield Building
106 East 6th Street, Suite 400
Austin, Texas 78701
Tel:   (512) 472-6291
Fax:   (512) 472-6278

**ATTORNEY FOR DEFENDANT EVERGREEN NATIONAL INDEMNITY COMPANY**

## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that the above and foregoing Defendant's Original Answer has been forwarded on this ___ day of March 2001, as follows:

Andrew K. Rozell                                           <u>Via Fax No. (956) 428-6595</u>
Law Office of Andrew K. Rozell
323 East Jackson Street
Harlingen, Texas 78550