5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 04 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA for the use | § | |
| of ROBERT GLENN RIKE dbaSUNTEX | § | |
| MECHANICAL CONTRACTORS | § | |
| | § | CIVIL ACTION NO. B-01-013 |
| VS. | § | |
| | § | |
| EVERGREEN NATIONAL INDEMNITY CO. | § | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March, 2001, I served a true and accurate copy of the above and foregoing "Order Setting Conference" upon **Mr. Bodgan Rentea, Rentea & Associates, 106 East 6th Street, Suite 400, Austin, Texas 78701,** by depositing same enclosed in a post paid properly addressed wrapper in a Post Office or official depository under the care and custody of the United States Postal Service, by certified mail, return receipt requested.

Andrew K. Rozell