IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 3 0 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| THE UNITED STATES OF AMERICA § | |
| for the use of ROBERT GLEN RIKE d/b/a § | |
| SUNTEX MECHANICAL CONTRACTORS § | |
| § | CIVIL ACTION NO. B-01-013 |
| v. § | |
| § | |
| EVERGREEN NATIONAL INDEMNITY § | |
| CO. § | |

## CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant Evergreen National Indemnity Company (hereinafter "Evergreen"), by and through their undersigned attorneys, and file their Certificate of Interested Parties:

1. The undersigned counsel states to the best of his knowledge that the following is a full and complete list of all entities, including parent, subsidiary, and affiliated corporations, that are financially interested in the outcome of this litigation:

   Evergreen National Indemnity Company
   United States of America for the use of
      Robert Glenn Rike dba Suntex Mechanical Contractors

2. The undersigned further certifies that the following is a full and complete list of all persons and firms serving as attorneys for the parties in this proceeding:

   Bogdan Rentea
   Anna Smith Spinks
   Rentea & Associates

CERTIFICATE OF INTERESTED PARTIES                                                                                      Page 1

Andrew K. Rozell
Law Office of Andrew K. Rozell

                                             Respectfully submitted,

                                             RENTEA & ASSOCIATES

                                             BOGDAN RENTEA
                                             Attorney-In-Charge
                                             State Bar No. 16781000
                                             SD of TX Bar No. 22859
                                             The Littlefield Building
                                             106 East 6th Street, Suite 400
                                             Austin, Texas 78701
                                             Tel:   (512) 472-6291
                                             Fax:  (512) 472-6278

                                             **ATTORNEY FOR DEFENDANT**
                                             **EVERGREEN NATIONAL**
                                             **INDEMNITY COMPANY**

## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that the above and foregoing Certificate of Interested Parties has been forwarded on this ___ day of April 2001, as follows:

Andrew K. Rozell                                                 <u>Via Fax No. (956) 428-6595</u>
Law Office of Andrew K. Rozell
323 East Jackson Street
Harlingen, Texas 78550