9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 2 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES FOR THE USE OF ROBERT GLENN RIKE d/b/a SUNTEX MECHANICAL CONTRACTORS, | § § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION B-01-013 |
| EVERGREEN NATIONAL INDEMNITY CO., | § § § § | |
| Defendant. | § | |

## Final Order of Dismissal

BE IT REMEMBERED that on May 24, 2001, the Court considered the Parties' Stipulation of Dismissal.

1. The Court, having been advised by counsel that a settlement has been reached, dismisses this case with prejudice. All Parties shall bear their own costs.

2. The Court retains jurisdiction to enforce the settlement. Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, this _____ day of May 2001.

_____
Hilda G. Tagle
United States District Judge

ClibPDF - www.fastio.com