10

suntex.evergreen.stipulate.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 5 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES FOR THE USE OF § <br> ROBERT GLENN RIKE d/b/a SUNTEX § <br> MECHANICAL CONTRACTORS § <br> PLAINTIFF § <br> § <br> vs. § <br> § <br> EVERGREEN NATIONAL INDEMNITY CO. § <br> DEFENDANT § | CIVIL ACTION NO. B-01-013 |

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Robert Glen Rike d/b/a SunTex Mechanical Contractor, Plaintiff, and Evergreen National Indemnity Co., Defendant, being all the parties who have appeared in this case, advise the Court that they have compromised and settled all matters in dispute between them, and stipulate to the Court that this matter should be dismissed, with prejudice. Each party agrees to pay any costs of court incurred by it.

AGREED:

LAW OFFICE OF ANDREW K. ROZELL

By: _____
Andrew K. Rozell
State Bar No. 17358000
Southern District I.D. No. 1220
323 East Jackson
Harlingen, Texas 78550
956/428-1282 – 428-6595 (fax)

RENTEA & ASSOCIATES

By: _____
Bogdan Rentea
State Bar No. 167810000
Southern District I.D. No. 22859
100 E. 6th St., Suite 400
Austin, Texas 78701
512/472-6291 – 472-6278 (fax)

-1-